# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LLOYD RICHARD

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 1433

**NOV 2 5 2019**

---

In Re:  Lloyd Richard, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 677066.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMM**
> **MRT**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT